# United States District Court

SOUTHERN  DISTRICT OF  FLORIDA

UNITED STATES OF AMERICA

V.

JACK ROUCHON
a/k/a "Burt Charlemagne"

**CRIMINAL COMPLAINT**

CASE NUMBER: 00-5037-LAJ

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about February 14, 2000 in Broward County, in the Southern District of Florida and elsewhere, defendant, Track Statutory Language of Offense)
JACK ROUCHON, did willfully and knowingly use or attempt to use passport No. 045826230, issued under the authority of the United States, the issuance of which was secured by reason of a false statement made in the application therefore which falsely stated that defendant's identity was "Burt Charlemagne, a United States Citizen," which said passport the defendant used or attempted to use to gain entry into the United States at Miami International Airport,

in violation of Title  18  United States Code, Sections  1542 .

I further state that I am a  Special Agent, U.S. Dept. of State  and that this complaint is based on the following facts:
Official Title

Please see attached affidavit.

Continued on the attached and made a part hereof: [x] Yes [ ] No

Signature of Complainant
Paul Mastando
Special Agent
United States Department of State
Diplomatic Security Service

Sworn to before me, and subscribed in my presence,
the Court finds probable cause.

February 18, 2000                                          at   West Palm Beach, Florida
Date                                                             City and State

LINNEA R. JOHNSON, UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer          Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Paul Mastando, being duly sworn, hereby depose and say that:

1. I am a Special Agent with the United States Department of State, Diplomatic Security Service, and have been so employed since November 2, 1998. Prior to this, I was a police officer and detective for the past four and a half years with the police department of City of Coral Springs, Florida. My current responsibilities include the investigation of violations of passport and visa laws.

2. The facts set forth below are based upon my personal observations, as well as information and documents provided to me in my official capacity. Because this affidavit is submitted for a limited
purpose of showing probable cause for the criminal complaint, I have not included details of every aspect of this investigation.

3. On February 16, 2000, I was contacted in reference to a person who obtained entry into the United States on February 14, 2000, on U.S. Passport 045826230 in the name of Burt CHARLEMAGNE, date of birth January 16, 1975. "CHARLEMAGNE " was placed in secondary inspection and his fingerprints were obtained and submitted to the FBI Special Processing Unit for identification. Due to a delay in the fingerprint processing, "CHARLEMAGNE" was released. On February 16, 2000, I was advised that "CHARLEMAGNE's" fingerprints are actually listed with the FBI as those of Jack ROUCHON (FBI#619859XA2).

4. A subsequent criminal history check on Jack ROUCHON revealed an arrest history for narcotics trafficking and possession and listed ROUCHON as a previously deported felon. ROUCHON was listed as deported on 5/26/1999 to the Bahamas.

5. ROUCHON was traveling with another subject, Gregory LAWRENCE, a/k/a Frankie LAFONTANT, who was traveling on a fraudulently obtained U.S. Passport in the name of Lee Ruben CHARLEMAGNE. Gregory LAWRENCE is currently wanted by the Miami Dade Police Department for an active homicide warrant.

6. On February 16, 2000, I retrieved a copy of the DSP-11 Passport Application in the name of Burt CHARLEMAGNE and reviewed the document. On the application, which was executed on December 27, 1999, in Hollywood, Florida, the SUBJECT listed his true name as Burt CHARLEMAGNE, born on January 16, 1975, in Miami, Florida. The information on the DSP-11 is contrary to the SUBJECT's arrest history and the respective deportation.

7. Based on the foregoing, I believe that there is probable cause that on or about December 27, 1999, in the Southern District of Florida, Jack ROUCHON, a/k/a Burt CHARLEMAGNE willfully and knowingly obtained a United States Passport

in Miami, Florida, which was applied for by making false statements in an application for that United States Passport in violation Title 18, United States Code, Section 1542.

Further affiant sayeth naught.

```
_____
PAUL MASTANDO, SPECIAL AGENT
U.S. DEPARTMENT OF STATE
```

SWORN to and subscribed before me this /8 day of February, 2000.

```
_____
LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA
```

3

## BOND RECOMMENDATION

<u>JACK ROUCHON, a/k/a Burt Charlemagne</u>
                    Defendant

<u>Pre-Trial Detention</u> is recommended as to defendant.

_____
SCOTT H. BEHNKE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 00-5037-LRJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JACK ROUCHON,
a/k/a "Burt Charlemagne",

      Defendant.
_____/

**CRIMINAL COMPLAINT COVER SHEET**

1. Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 1999?  ___ Yes   _X_ No

2. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999?  ___ Yes   _X_ No

      Respectfully submitted,

      THOMAS E. SCOTT
      UNITED STATES ATTORNEY

BY: _____
      BRUCE E. REINHART
      ASSISTANT UNITED STATES ATTORNEY
      Admin. No. A5500285
      500 Australian Avenue, Suite 400
      West Palm Beach, Florida 33401
      TEL (561) 820-8711
      FAX (561) 820-8777