CR 12 (Rev. 9/82)   **WARRANT FOR ARREST**   AUSA :inhart/Mastando, Dept. of State

# United States District Court

| | |
|---|---|
| DISTRICT | Southern District of Florida |
| DOCKET | MAGISTRATE CASE NO. 00-5077-LRJ |

UNITED STATES OF AMERICA
v.
JACK ROUCHON, a/k/a Burt Charlemagne

NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED
JACK ROUCHON
a/k/a Burt Rouchon

WARRANT ISSUED ON THE BASIS OF:
xロ Order of Court

DOB:    SSN:

TO:
United States Marshals Service or any other authorized representative

DISTRICT OF ARREST

CITY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

False statement in application and use of passport.

FILED BY ___
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - WPB
00 FEB 28 AM 9:55

| IN VIOLATION OF | UNITED STATES CODE TITLE 18 | SECTION 1542 |
|---|---|---|

BAIL FIXED BY COURT
PTD

OTHER CONDITIONS OF RELEASE

ORDERED BY
LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

SIGNATURE (JUDGE/U.S. MAGISTRATE)

DATE
2-18-00

CLERK OF COURT
CLARENCE MADDOX

(BY) DEPUTY CLERK

DATE ISSUED
2/23/00

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

DATE RECEIVED
DATE EXECUTED

NAME AND TITLE OF ARRESTING OFFICER

SIGNATURE OF ARRESTING OFFICER

[1] United States Judge or Judge of a State Court of Record

