UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA ) Case Number: CR 00-6037-Johnson
Plaintiff )
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION

Jack Rouchon
Defendant                                    76625-020

TO: Clerk's Office   (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 3/2/00                        am/pm

(2) Languge Spoken: English/Creole

(3) Offense(s) Charged: 18 USC 1542 Passport Fraud

(4) U.S. Citizen [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: 04/12/72

(6) Type of Charging Document: (check one)
    [ ] Indictment  [X] Complaint   To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern District of Florida

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 3/2/00      (9) Arresting Officer: P. Mastrando

(10) Agency: US Dept. of State    (11) Phone: 305-536-5781

(12) Comments: _____