ps

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

CASE NO. 00-5037-LRJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACK ROUCHON,

    Defendant.
_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.

Please send all notices and inquiries to this attorney at the address listed below.

        KATHLEEN M. WILLIAMS
        FEDERAL PUBLIC DEFENDER

        Leon Daniel Watts
         Assistant
        Federal Public Defender
        Attorney for the Defendant
        Florida Bar No. 195374
        400 Australian Ave., Suite. 300
        West Palm Beach, FL 33401
        Telephone: (561) 833-6288
        Fax: (561) 833-0368

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered this 7th day of March, 2000, to Assistant United States Attorney Bruce Reinhart, 701 Clematis Street, West Palm Beach, FL 33401.

Leon Daniel Watts

N:\WPDOCS\WATTS\Rouchon\assign.not