

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-5037-Johnson

UNITED STATES OF AMERICA,

vs.

Jack R Crichton

_____

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows: The assistant Federal Public Defender's ore tenus motion to withdraw as counsel is hereby granted. Scott Sauer, Esq., has filed a permanent notice of appearance for this defendant.

**DONE AND ORDERED** at Miami, Florida this ___8th___ day of ___March___, 2000.

TAPE NO: 00FX 29-1

UNITED STATES MAGISTRATE JUDGE
ANDREA M. SIMONTON

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal
   Clerk for Judge