

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-5037- Johnson

UNITED STATES OF AMERICA,

vs.

Jack Rouchon
_____

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows: Upon motion by the Government but with opposition by the defendant, the ore tenus motion to continue the pretrial detention hearing is granted. The pretrial detention hearing is hereby reset to March 9, 2000, at 2:00 p.m before the Duty Magistrate Judge. The gvmt. established good cause for continuance since an agreed bond had been reached with prior counsel.

**DONE AND ORDERED** at Miami, Florida this ___8th___ day of ___March___, 2000.

TAPE NO: 00FX 29-1

_____
UNITED STATES MAGISTRATE JUDGE
ANDREA M. SIMONTON

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal
   Clerk for Judge