CR 12 (Rev. 9/82)      **WARRANT FOR ARREST**    AUSA Reinhart/Mastando, Dept. of State

| United States District Court | DISTRICT | Southern District of Florida |
|---|---|---|
| | DOCKET | MAGISTRATE CASE NO. 00-5037-LRJ |
| UNITED STATES OF AMERICA v. JACK ROUCHON, a/k/a Burt Charlemagne | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED | JACK ROUCHON a/k/a Burt Rouchon |
| WARRANT ISSUED ON THE BASIS OF:    xO Order of Court | DOB: | SSN: |
| TO: United States Marshals Service or any other authorized representative | DISTRICT OF ARREST | |
| | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

False statement in application and use of passport

| IN VIOLATION OF | UNITED STATES CODE TITLE 18 | SECTION 1542 |
|---|---|---|
| BAIL FIXED BY COURT PTD | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY LINNEA R. JOHNSON UNITED STATES MAGISTRATE JUDGE | SIGNATURE (JUDGE/U.S. MAGISTRATE) | DATE 2-18-00 |
| CLERK OF COURT CLARENCE MADDOX | (BY) DEPUTY CLERK | DATE ISSUED 2/23/00 |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 02/23/2000 | NAME AND TITLE OF ARRESTING OFFICER James A Tassone US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 03/02/2000 | | |

¹United States Judge or Judge of a State Court of Record

454911

0004-0224-1064-J