UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-5037-JOHNSON

UNITED STATES OF AMERICA

v.

JACK ROUCHON

ORDER ~~DENYING GOVERNMENT'S~~ *Stipulated* ~~REQUEST FOR PRETRIAL DETENTION &~~ SETTING A BOND

This Cause came before the Court upon motion of (the government for pretrial detention) (the defendant to set a bond). Upon consideration, it is

**ORDERED AND ADJUDGED** as follows:

*The Gov't withdrew its request for pretrial detention.*

___ The government's motion is **denied.**
___ The defendant's motion is **granted;** bond is set at:
 ___ Personal Surety, unsecured, in the amount of $_____

 ___ Personal Surety in the amount of $_____ with 10% posted with Clerk of Court.

 ___ Personal Surety in the amount of $_____ secured by the following collateral: _____

 ___ Full Cash in the amount of $_____

* ✓ Corporate Surety in the amount of $ *75,000 w/Nebbia - temp. bond.*

 ___ Full Cash or Corporate Surety in the amount of $_____

[FILED by ___ D.C. MAG. SEC. MAR 15 2000 CARLOS JUENKE CLERK U.S. DIST. CT. S.D. OF FLA. MIAMI]

In addition to the standard conditions of bond, the following special conditions are hereby imposed:

__ SURRENDER ALL PASSPORTS & TRAVEL DOCUMENTS TO PRETRIAL SERVICES.
__ REPORT TO PRETRIAL SERVICES AS FOLLOWS:      WEEKLY IN PERSON;      WEEKLY BY PHONE.
__ SUBMIT TO RANDOM URINE TESTING BY PRETRIAL SERVICES FOR THE USE OF NON-PHYSICIAN-PRESCRIBED SUBSTANCES PROHIBITED BY LAW.
__ MAINTAIN OR ACTIVELY SEEK FULL-TIME EMPLOYMENT.
__ MAINTAIN OR BEGIN AN EDUCATIONAL PROGRAM.
__ AVOID ALL CONTACT WITH VICTIMS OF OR WITNESSES TO THE CRIMES CHARGED.
__ REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS WEAPON.
__ COMPLY WITH THE FOLLOWING ADDITIONAL SPECIAL CONDITIONS OF THIS BOND: _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is: _____

**DONE AND ORDERED** at Miami, Florida this 9th day of March, 2000.

TAPE NO. 00FX- *3C-2225*

c: AUSA, Defense, *-Scott Saul*
   Pretrial Services
   U.S. Marshal

*Andrea M Simonton*
UNITED STATES MAGISTRATE JUDGE
ANDREA SIMONTON

* *Parties reserve the right to a full detention and/or bond hearing. Additional conditions to be set at a future hearing.*