UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-5037-JOHNSON

UNITED STATES OF AMERICA,

vs.

JACK ROUCHON



FILED by _____ 
MAG. SEC
MAR 1 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## WAIVER OF PRELIMINARY EXAMINATION

The defendant having been advised of his right to a preliminary hearing or examination as to probable cause, and the defendant having refused and waived a preliminary examination,

The defendant now signs this **Waiver of Preliminary Examination**.

DATED: 3/16/00                    _Jack Rouchon_____
                                  Defendant

## MAGISTRATE JUDGE'S CERTIFICATE

The United States Magistrate Judge certifies that the defendant, after being advised of his right to a preliminary examination, stated he refused and waived such preliminary examination and signed the foregoing Waiver of Preliminary Examination.
**IT IS ORDERED** that a preliminary examination in the above-entitled matter is refused and waived, and the defendant is bound over for proceedings in the United States District Court.

DATED: 3/16/00                    _____
                                  UNITED STATES MAGISTRATE JUDGE
                                  JOHN J. O'SULLIVAN

TAPE NO. 00A                      at MIAMI, FLORIDA

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal

