UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-5037- Johnson

UNITED STATES OF AMERICA,

vs.

Jack Rauchon
_____

FILED by _____ MAG. SEC
MAR 16
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.  MIAMI

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows: Status regarding arraignment is hereby set to March 30, 2000, in West Palm Beach before the Duty Magistrate

**DONE AND ORDERED** at Miami, Florida this 16th day of March, 2000.

TAPE NO: 00-26-84

_____
UNITED STATES MAGISTRATE JUDGE
JOHN J. O'SULLIVAN

c: AUSA - Washington
   Defense Counsel
   Pretrial Services
   U.S. Marshal