AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

v.

JACK ROUCHON

**WAIVER OF INDICTMENT**

CASE NUMBER: 00-5037-Johnson

I, __JACK ROUCHON__, the above named defendant, who is accused of

March 16, 2000

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __MARCH 16, 2000__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE