UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. **00-6080 CR-ZLOCH**

8 U.S.C. §1326(a) and (b)(2)
18 U.S.C. §1542

**MAGISTRATE JUDGE SELTZER**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACK ROUCHON,
a/k/a "Burt Charlemagne,"
a/k/a "Tyrone Luis,"

    Defendant.



## INFORMATION

The United States Attorney charges that:

### COUNT I

On or about March 2, 2000, at Miami-Dade County, in the Southern District of Florida the defendant,

**JACK ROUCHON,**
a/k/a "Burt Charlemagne,"
a/k/a "Tyrone Luis,"

an alien, having previously been deported on or about May 26, 1999 to the Bahamas, was found in the United States knowingly and unlawfully, without the Attorney General having expressly consented to such alien reapplying for admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).



## COUNT II

On or about December 27, 1999, at Broward County, in the Southern District of Florida, the defendant,

**JACK ROUCHON,**
a/k/a "Burt Charlemagne,"
a/k/a "Tyrone Luis,"

willfully and knowingly made a false statement in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that the defendant stated in said application that his true name was Burt Charlemagne and that his place of birth was Miami, Florida, when in truth and in fact, and as the defendant then and there well knew he was not Burt Charlemagne and his place of birth was not Miami, Florida; in violation of Title 18, United States Code, Section 1542.

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
SCOTT H. BEHNKE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

v.

**CERTIFICATE OF TRIAL ATTORNEY***

JACK ROUCHON

**Superseding Case Information**:

**Court Division**: (Select One)

New Defendant(s)     Yes ____     No ____
Number of New Defendants     ____
Total number of counts     ____

____ Miami    ____ Key West
_X_ FTL    ____ WPB    ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) _NO_
   List language and/or dialect     _N/A_

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                           (Check only one)

   I    0 to 5 days        _X_        Petty        ____
   II   6 to 10 days       ____       Minor        ____
   III  11 to 20 days      ____       Misdem.      ____
   IV   21 to 60 days      ____       Felony       _X_
   V    61 days and over   ____

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?(Yes or No) _YES_
   If yes:
   Magistrate Case No. _00-5037-LRJ_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _03/06/00_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____     District of _____

   Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes _X_ No

                                        _____
                                        SCOTT BEHNKE
                                        ASSISTANT UNITED STATES ATTORNEY
                                        Court Bar No. A5500005

*Penalty Sheet(s) attached                                        REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __JACK ROUCHON_____   No.: _____

Count # I:
ALIEN BEING FOUND IN THE UNITED STATES AFTER COURT ORDERED DEPORTATION FOR AGGRAVATED FELONY

In violation of 8 U.S.C. §§ 1326(a) and (b)(2)

*Max Penalty: A term of not more than 20 years' imprisonment; a fine of up to $250,000, or both

Count # 2:
PASSPORT FRAUD

In violation of 18 U.S.C. §1542

*Max Penalty: A term of not more than 10 years' imprisonment; a fine of up to $250,000, or both

Count # :
_____

*Max Penalty: _____

Count # :
_____
_____

*Max Penalty: _____

Count #:
_____
_____

*Max Penalty: _____

Count #:
_____
_____

*Max Penalty: _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96