UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA

v.

JACK ROUCHEAN

Mag No. ~~00-913-CR~~

00-6080-WJZ

### MOTION TO RESET ARRAIGNMENT UNTIL APRIL 6TH, 2000

JACK ROUCHEAN respectfully requested t for this honorable court to reset the arraignment until April 6th, 2000 and as grounds would state the following;

1. The undersigned is sick with a stomach virus. The undersigned will agree to continue to waive a preliminary hearing and the defendant has no objection to the delay in the arraignment process.

Respectfully submitted;

SCOTT B. SAUL, ESQUIRE
FL BAR NO. 717525

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded by fax to Assistant United State's Attorney Scott Behnke on this 29th day of March, 2000.

SCOTT B. SAUL, ESQUIRE
FL BAR NO. 717525
1351 NW 16 STREET
MIAMI, FL 33125
(305) 326-9901