UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6080-Cr-ZLOCH
Magistrate Judge Seltzer

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) |
| JACK ROUCHON, a/k/a "Burt Charlemagne," a/k/a "Tyrone Luis," | ) |
| Defendant. | ) |

## GOVERNMENT'S RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

A. 1. Attached, please find a copy of any written statement made by the defendant on March 6, 2000 and bate stamp numbered 01 through 02. In addition, a signed waiver of *Miranda* rights is attached and bate stamp numbered 03.

2. Written record containing the substance of any oral statement made by the defendant before or after arrest in response to interrogation by any person then known to the defendant to be a government agent is attached. These are bate stamp numbered 04 through 06.

3. No defendant testified before the Grand Jury.

4. The NCIC computer printout of the defendant's criminal record is attached



and bate stamp numbered 07 through 09.

5. Copies of books, papers, documents, certified records of conviction, certified INS records, bogus motor vehicle licenses and identifications, application for passport etc., which the government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to the defendant are attached hereto and bate stamp numbered 010 through 049.

6. There were no physical or mental examinations or scientific tests or experiments made in connection with this case other than the examination done to compare the fingerprints of the defendant for his prior convictions and arrests. These are attached and bate stamp numbered 050 through 053.

B. The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C. The government is unaware of any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady.

D. The government is unaware of any payments, promises of immunity, leniency, or preferential treatment, made to prospective government witnesses, within the scope of Giglio and Napue.

E. The government is unaware of any of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

F. The defendant was not identified in a lineup, show up, photo spread or similar identification proceeding.

G. The government has advised its agents and officers involved in this case to preserve all rough notes.

H. The government will advise the defendant prior to trial, of its intent, if any, to introduce during its case in chief proof of evidence pursuant to Fed.R.Evid. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under Fed.R.Evid. 404(b) or otherwise.

I. The defendant is not an aggrieved person, as defined in Title 18, United States code, Section 2510(11), of any electronic surveillance.

J. The government has ordered transcribed the Grand Jury testimony of all witnesses

who will testify for the government at trial of this cause.

K. No contraband is involved in this indictment.

L. The defendant used commercial carrier, Bahamas Air Flight 244 from Nassau to Miami, Florida. If you wish to inspect the aircraft used in the commission of the offense charged, you will have to contact an Bahamas Air Airlines representative. No aircraft, vessels or vehicles were seized in this case, nor does the government presently intend to do so.

M. The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant other than those taken during the booking procedures.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

Sincerely yours,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
SCOTT H. BEHNKE
ASSISTANT UNITED STATES ATTORNEY
500 E. BROWARD BOULEVARD
FORT LAUDERDALE, FLORIDA 33394
Tel: (954) 356-7255 ext. 3518

cc: S/A Katherine Greer INS-Miami

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Response the Standing Discovery Order was hand delivered this the 5th day of April, 2000 to: **Scott B. Saul, Esq.**, attorney for JACK ROUCHON at 1351 N.W. 16TH Street, Miami, Fl. 33125.

_____
SCOTT H. BEHNKE
ASSISTANT UNITED STATES ATTORNEY

3