COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JACK ROUCHON (J)      CASE NO: 00-6080-CR-ZLOCH
AUSA: SCOTT BEHNKE /Kay      ATTY: SCOTT SAUL /pres
AGENT:      VIOL:
PROCEEDING ARRAIGNMENT      RECOMMENDED BOND
BOND HEARING HELD - yes/no      COUNSEL APPOINTED

     BOND SET @

     SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person

3) Travel extended to:

*Reading of indictment waived*
*Not Guilty plea entered*
*Jury trial demanded*
*Standing Discovery Order requested*

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

     PTD/BOND HRG:

     PRELIM/ARRAIGN:

     REMOVAL HRG: ✓

     STATUS CONF: 4-21-11 BSS

Date: 4/6/00    Time 11:00    FTL/LSS TAPE #00- 020    Begin: 2600    End: 2681

Recall 2685 -