UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6080-CR-ZLOCH

UNITED STATES OF AMERICA

vs

JACK ROUCHON

ARRAIGNMENT INFORMATION SHEET

[FILED by _____ CLERK D.C. APR - 6 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on APRIL 6, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:              Address: __CUSTODY_____

                       _____

                       Telephone: _____

DEFENSE COUNSEL:       Name: ___Scott Saul_____

                       Address: _____

                       _____

                       Telephone: _____

BOND SET/CONTINUED:    $_____

Bond hearing held: yes____  no____  Bond hearing set for_____

Dated this __6TH__ day of __APRIL_____, 2000.

                                CLARENCE MADDOX
                                COURT ADMINISTRATOR/CLERK OF COURT

                                By: __Denny Butler_____
                                     Deputy Clerk

                                Tape No. __00-020_____

cc: Copy for Judge
    U. S. Attorney