UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA

-vs-

Case No. 00-6080-CR
Honorable Zloch

JACK ROUCHON

_____

MOTION FOR A CONTINUANCE

A motion for a continuance is respectfully requested and as grounds would state the following;

1. A status conference is scheduled for April 21st, 2000.

2. On the same date of the court date, the defendant will be on vacation with his family. The undersigned's children are on their spring break during the week of April 16th, 2000.

WHEREFORE, it is respectfully requested that this matter be set after May 15th, 2000.

Respectfully submitted;

_____
SCOTT B. SAUL, ESQUIRE
FBN 717525
1351 N.W. 16 STREET
MIAMI, FL 33125
(305) 326-9901

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this pleading was sent to ASA Scott Behnke by telecopy of this April 9th, 2000.

_____
SCOTT B. SAUL, ESQUIRE
FBN 717525