UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

MAY 19 2000

CASE NUMBER 00-6080-Cr-Zloch   DATE 5-19-00
CLERK Carline Newby   REPORTER Carl Schanzleh
PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Jack Rouchon

U. S. ATTORNEY Scott Behnke   DEFT COUNSEL Scott Saul

DEFENDANT:  PRESENT ___  NOT PRESENT ___  ON BOND ___  IN CUSTODY ___

REASON FOR HEARING  Calendar Call

RESULT OF HEARING  Deft's ore tenus mtn for continuance granted - all time excludable.

JUDGMENT _____

CASE CONTINUED TO _____   TIME _____   FOR _____

MISC _____

24