UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6080-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JACK ROUCHON,

    Defendant.
_____/

**ORDER GRANTING CONTINUANCE
AND RESETTING TRIAL**

THIS MATTER is before the Court for Calendar Call on May 19, 2000 and upon the Defendant, Jack Rouchon's, ore tenus Motion For Continuance, based upon ongoing plea negotiations. The Court has carefully reviewed said Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant, Jack Rouchon's, ore tenus Motion For Continuance be and the same is hereby **GRANTED**. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a Speedy Trial.

**IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled cause is hereby removed from the trial calendar of May 22, 2000 and is hereby reset for the two-week trial calendar commencing on

25

Monday, July 3, 2000, at 9:30 a.m., in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida. Calendar Call is hereby set for Friday, June 30, 2000, at 9:00 a.m. in Courtroom A, United States Courthouse, Fort Lauderdale, Florida.

**Any Motions For Continuance must be filed fourteen (14) days prior to Calendar Call.**

The Court further finds that the delay resulting from the date of this continuance, May 19, 2000, through and including July 3, 2000, the date set for trial, or the date the trial commences, whichever is later, shall be deemed excludable time under Title 18, United States Code, § 3161(h)(1)(I).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County. Florida, this _____ day of May, 2000.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Scott Behnke, Esq., AUSA

Scott B. Saul, Esq.
For Defendant Rouchon

2