RECEIVED & FILED IN OPEN COURT
ON June 30, 2000 AT
Ft. Lauderdale, FLA.
Clarence Maddox, Clerk
United States District Court
Southern District of Florida

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA

-vs-

JACK ROUCHON

THE HONORABLE
WILLIAM J. ZLOCH

Case No. 00-6080-CR

## MOTION TO CONTINUE TRIAL PERIOD FOR SIXTY DAYS

JACK ROUCHON respectfully moves for this honorable court to continue the trial period for sixty days and as grounds would state the following;

1. The defendant needs more time to fully prepare for trial. All details may be specified in open court. The government has no objection to this continuance.

Respectfully submitted;

SCOTT B. SAUL, ESQUIRE
FBN 717525
1351 NW 16 STREET
MIAMI, FL 33125
(305) 326-9901

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this pleading was hand delivered to Assistant United States Attorney Scott Behnke on this June 30th, 2000.

SCOTT B. SAUL, ESQUIRE
FBN 717525