UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
JUN 3 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6080-CR-Zloch  DATE June 30, 2000
CLERK Amy Jordan            REPORTER Carl Schanzleh
PROBATION _____           INTERPRETER _____

UNITED STATES OF AMERICA v. Jack Rouchon

U. S. ATTORNEY Scott Behnke    DEFT COUNSEL Scott Saul

DEFENDANT: PRESENT  (NOT PRESENT)  ON BOND  IN CUSTODY

REASON FOR HEARING  Calendar Call

RESULT OF HEARING  Defendant's motion to Continue -
Denied
- Parties must be prepared to proceed to trial the week of July 3, 2000.

JUDGMENT _____

CASE CONTINUED TO _____  TIME _____  FOR _____

MISC _____

27