UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6080-CR-ZLOCH

FILED
JUL 1 8 2000

UNITED STATES OF AMERICA

v.

JACK ROUCHON

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE:                                COURTROOM A
299 E. BROWARD BLVD.                  DATE & TIME:
FT. LAUDERDALE, FL 33301              August 22, 2000 at 1:30 PM

**CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: July 18, 2000

cc:
Scott Behnke, Esq., AUSA
Scott Saul, Esq.