FILED by _____ D.C.

AUG 2 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6c80-CR-Zloch DATE 8-22-00

CLERK Caroline Newby  REPORTER Carl Schanzler

PROBATION _____  INTERPRETER _____

UNITED STATES OF AMERICA  V.  Jack Rouchon

U. S. ATTORNEY Scott Behnke DEFT COUNSEL Scott Saul

DEFENDANT: (PRESENT)  NOT PRESENT  ON BOND  (IN CUSTODY)

REASON FOR HEARING Change of Plea to Count 1 of Information

RESULT OF HEARING Deft entered a plea of guilty to Count 1

JUDGMENT Court accepted plea & adjudged deft guilty to Count 1

CASE CONTINUED TO 11-6-00  TIME 10:00  FOR Sentencing

MISC Written Plea Agreement

31