UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA

-vs-

Case No.00-6080-CR - Zloch

JACK ROUCHON
_____

### RESPONSE TO PSI

<u>Paragraph 7</u>  There is no logical reason, except to unnecessarily and improperly prejudice the defendant, to specify information about Gregory Lawrence. That person's legal status should have no relevance to the defendant's situation. It is requested that this paragraph be stricken from the record.

Respectfully submitted;

_____
SCOTT B. SAUL, ESQUIRE
1351 N.W. 16TH STREET
MIAMI, FL 33125
(305) 326-9901
FBN 717525

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this document as forwarded to AUSA Scott Behnke and U.S. Probation Officer Dedra Pratt, by telecopy, on this October 4th, 2000.

_____
SCOTT B. SAUL, ESQUIRE
FBN 717525