UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:   00-6080-CR-ZLOCH



UNITED STATES OF AMERICA

       v.                     NOTICE

JACK ROUCHON

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE                                 COURTROOM A
299 E. BROWARD BLVD.         DATE & TIME:
FT. LAUDERDALE, Fl, 33301    November 21, 2000, at 1:30 PM

**SENTENCING**

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: November 8, 2000

cc:
Scott Behnke, Esq., AUSA
Scott Saul, Esq.
Probation

