UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
NOV 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6080-CR-Zloch    DATE 11-21-00
CLERK Carolyn Newby    REPORTER Carl Schanzleh
PROBATION Dedra Pratt    INTERPRETER

UNITED STATES OF AMERICA v. Jack Rouchon

U.S. ATTORNEY Scott Behnke    DEFT COUNSEL Scott Saul

DEFENDANT: (PRESENT)    NOT PRESENT    ON BOND    (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING Gov't's 5K Mtn for downward departure granted – Deft w/drew motion for downward departure – Ct. 1 – 1 yr – 1 day custody of BOP, 3 yrs Sup Rel – Upon completion of

JUDGMENT sentence be surrendered to custody of INS for deportation – If deported not re-enter the US w/o prior express permission of Att. Gen. –

CASE CONTINUED TO _____ TIME _____ FOR Reporting if deported – $100 assessment

MISC _____

36